

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-19-00483-CR & 04-19-00486-CR

Vinay Prakash **YADAV,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 601415, 601414
Honorable Melissa Vara, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

On March 20, 2020, we set these consolidated cases for submission on briefs. On March 23, 2020, appellant filed "Objections to Court's Denial of Necessary Oral Arguments," which asked us to reconsider our denial of appellant's request for oral argument. After consideration, appellant's request is **DENIED**.

It is so **ORDERED** on this 24th day of March, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court